JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 96-0259-GEB |
| Plaintiff, | DEFENDANT THEODORE JOHN KACZYNSKI'S STATUS REPORT |
| v. | |
| THEODORE JOHN KACZYNSKI, | Date: September 19, 2005 |
| Defendant. | Time: 10:00 a.m. |
| | Hon. Garland E. Burrell, Jr. |

Defendant Theodore John Kaczynski, through counsel John Balazs, hereby submits the following status report.

Mr. Kaczynski suggests that, after appointment of pro bono counsel to represent the victims and their families is made final, the Court provide the parties with a few weeks to pursue possible settlement, before the government is required to submit its plan concerning disposition of Mr. Kaczynski's property.

Mr. Kaczynski also requests two weeks, after the government submits its plan, to file any comments and/or objections to the

///

///

government's plan.

Dated: September 12, 2005

Respectfully submitted,

/s/ JOHN BALAZS
JOHN BALAZS

Attorney for Defendant
THEODORE JOHN KACZYNSKI