McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 - I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THEODORE JOHN KACZYNSKI,<br>Defendant. | No. CR S-96-0259 GEB GGH<br><br>DATE: December 12, 2005<br>TIME: 10:00 a.m.<br>Courtroom: 10, 13th Floor<br>JUDGE: Garland E. Burrell |

REQUEST BY DAVID GELERNTER THAT HIS VIEWS REGARDING THE DISPOSITION OF DEFENDANT'S PROPERTY BE CONSIDERED

The undersigned was asked by David Gelernter to assist him in insuring that the appended letter[1] be included in the Court's record and considered by the Court in its deliberations regarding the disposition of the Defendant's property. Mr. Gelernter is one of the Defendant's victims; but Mr. Gelernter elected not to file a claim for restitution. Thus, the Defendant, Theodore Kaczynski was not ordered to pay restitution to Mr. Gelernter.

Dated: November 30, 2005

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: [signature]
ANA MARIA MARTEL
Assistant U.S. Attorney

[1] I caused Mr. Gelernter's address to be "whited out."

United States v. Kaczinski, CR S-96-259

Re: Disposition of Kaczynski's property
From: David Gelernter,

I was seriously and permanently injured by one of the criminal's bombs. I'm still in medical treatment for permanent injuries to my right eye, the destruction of most of my right hand, and chronic pain. I'm the only target to whom the criminal sent a post-bomb letter; evidently I play some sort of special role in his thinking. It's incomprehensible to me that my wife and I weren't notified by the Court when this matter was first taken up. (I'm a syndicated columnist and, currently, a columnist for the LA Times and a contributing editor at the Weekly Standard. I mention this to make clear that I have no hesitation about writing for publication. Naturally I'll make the disposition of this case as well known as I can manage.)

My wife and I are outraged that the Court has decided to turn the sale of this criminal's property into a circus – or (more accurately) into a PR bonanza, starring the criminal himself. A cowardly terrorist and murderer who has created vast amounts of misery for his own amusement, and in order to advance his reputation and "heighten his profile," deserves no help from the Court – none whatsoever – in moving forward his agenda. We know he has no interest in money or possessions. He wants fame. Why have you decided to give him what he wants? Why have you decided to help vicious misfits with cash to burn lionize this evil murderer? How exactly will I explain to my two boys that rich bidders are contending for ownership of an autograph diagram of the bomb that turned their father into a semi-invalid? (Will they mount it in a plush frame and hang it on a wall for dinner-party guests to gush over? "That must be the part that took out his eye! Those pieces created the metal fragments that are still embedded in his chest and arms!")

The proposed sale is contemptible. Please stop it. We hope and expect that the criminal's property will be destroyed, or (if need be) sealed for a century at least and then made available at no charge to scholars of depravity.

Yours,

David Gelernter
[I reserve the right to publish this letter]

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on NOVEMBER 30, 2005, she served a copy of **REQUEST BY DAVID GELERNTER THAT HIS VIEWS REGARDING THE DISPOSITION OF DEFENDANT'S PROPERTY BE CONSIDERED** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

JOHN BALAZS
Attorney at Law
916 - 2nd Street, 2nd Floor
Sacramento, CA 95814

STEVEN A. HIRSCH
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Jocelyn M. Trujillo

JOCELYN M. TRUJILLO, Legal Asst.