JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. CR-S 96-0259-GEB |
| v. | STIPULATION AND ORDER |
| THEODORE JOHN KACZYNSKI, Defendant. | Date: March 3, 2006<br>Time: 11:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

Defendant Theodore Kaczynski, through counsel John Balazs, the United States, through its counsel Assistant U.S. Attorney Ana-Maria Martel, and pro bono amicus counsel for the victims and their families, Steven A. Hirsch, stipulate and request that the Court continue the status conference in this case from January 23, 2006, to **March 3, 2006, at 11:00 a.m.**, before U.S. District Judge Garland E. Burrell, Jr. The parties will file a status report with the Court by February 24, 2006.

///

///

The reason for this request is that the parties need additional time to prepare for the hearing and to attempt a settlement.

Dated: January 18, 2006

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
THEODORE JOHN KACZYNSKI

McGREGOR W. SCOTT
U.S. Attorney

Dated: January 18, 2006

By:
/s/ Ana Maria Martel
Ana Maria Martel
Assistant U.S. Attorney
[signed with permission]

Dated: January 18, 2006

/s/ Steven A. Hirsch
Steven A. Hirsch
Pro Bono Amicus Counsel for the Victims and Their Families
[signed with permission]

**ORDER**

IT IS SO ORDERED.

Dated: January _____, 2006

Hon. Garland E. Burrell, Jr.
U.S. District Judge