JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THEODORE JOHN KACZYNSKI,<br>Defendant. | No. CR-S 96-0259-GEB<br><br>STIPULATION AND ORDER<br><br>Date: April 24, 2006<br>Time: 10:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

Defendant Theodore Kaczynski, through counsel John Balazs, the United States, through its counsel Assistant U.S. Attorney Ana-Maria Martel, and pro bono amicus counsel for the victims and their families, Steven A. Hirsch, stipulate and request that the Court continue the status conference in this case from March 3, 2006, to **April 24, 2006, at 10:00 a.m.**, before U.S. District Judge Garland E. Burrell, Jr. The parties will file a status report with the Court by April 17, 2006.

///

///

The reason for this request is that the parties need additional time to prepare for the hearing and to attempt a settlement.

Dated: February 25, 2006

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
THEODORE JOHN KACZYNSKI

McGREGOR W. SCOTT
U.S. Attorney

Dated: February 25, 2006

By:
/s/ Ana Maria Martel
Ana Maria Martel
Assistant U.S. Attorney
[signed with permission]

Dated: February 25, 2006

/s/ Steven A. Hirsch
Steven A. Hirsch
Pro Bono Amicus Counsel for the Victims and Their Families
[signed with permission]

**ORDER**

IT IS SO ORDERED.

Dated: ____________, 2006

______________________________
Hon. Garland E. Burrell, Jr.
U.S. District Judge