JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. CR-S 96-0259-GEB |
| v. | STIPULATION AND ORDER |
| THEODORE JOHN KACZYNSKI, Defendant. | Date: May 22, 2006<br>Time: 10:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

Defendant Theodore Kaczynski, through counsel John Balazs, the United States, through its counsel Assistant U.S. Attorney Ana-Maria Martel, and pro bono amicus counsel for the victims and their families, Steven A. Hirsch, stipulate and request that the Court vacate the status conference set for April 24, 2006, grant the government's request to file its amended status report which was filed on April 18, 2006, and set the following schedule in this case:

Defense Response & Objections to the Government's Amended Status Report Due: **May 15, 2006**

Hearing on Status Report and Objections: **May 22, 2006, 10:00 a.m.**

///

The reason for this request is that the defense needs additional time to consult with his client who is in federal prison to prepare a response and objections to the government's status response and proposals. The defense also has no objection to the government's request for permission to file its amended status report and the parties agree that it should be deemed filed on April 18, 2006.

Dated: April 20, 2006

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
THEODORE JOHN KACZYNSKI

McGREGOR W. SCOTT
U.S. Attorney

Dated: April 20, 2006

By:
/s/ Ana Maria Martel
Ana Maria Martel
Assistant U.S. Attorney
[signed with permission]

Dated: April 20, 2006

/s/ Steven A. Hirsch
Steven A. Hirsch
Pro Bono Amicus Counsel for the Victims and Their Families
[signed with permission]

**ORDER**

IT IS SO ORDERED.

Dated: April ____, 2006

______________________________
Hon. Garland E. Burrell, Jr.
U.S. District Judge