JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. CR-S 96-0259-GEB |
| v. | STIPULATION AND ORDER |
| THEODORE JOHN KACZYNSKI, Defendant. | Date: June 9, 2006<br>Time: 11:00 a.m.<br>Hon. Garland E. Burrell, Jr. |

Defendant Theodore Kaczynski, through counsel John Balazs, the United States, through its counsel Assistant U.S. Attorney Ana-Maria Martel, and pro bono amicus counsel for the victims and their families, Steven A. Hirsch, stipulate and request that the Court vacate the status conference set for May 22, 2006 and set the following schedule in this case:

| | |
|---|---|
| Defense Response & Objections to the Government's Amended Status Report Due: | **May 26, 2006** |
| Government's reply, if any, due: | **June 2, 2006** |
| Hearing on Status Report and Objections: | **June 9, 2006, 11:00 a.m.** |

The reason for this request is that the attorney for Mr. Kaczynski has been unable to date to set up a legal call with his client who is in federal prison, and counsel thus needs additional time to consult with his client and prepare a response and objections to the government's status response and proposals.

Dated: May 12, 2006

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
THEODORE JOHN KACZYNSKI

McGREGOR W. SCOTT
U.S. Attorney

Dated: May 12, 2006

By:
/s/ Ana Maria Martel
Ana Maria Martel
Assistant U.S. Attorney
[signed with permission]

Dated: May 12, 2006

/s/ Steven A. Hirsch
Steven A. Hirsch
Pro Bono Amicus Counsel for the Victims and Their Families
[signed with permission]

**ORDER**

IT IS SO ORDERED.

Dated: May ____, 2006

____________________________
Hon. Garland E. Burrell, Jr.
U.S. District Judge