**EXHIBIT A**

No. 04-10158

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

THEODORE JOHN KACZYNSKI,

*Defendant-Appellant*,

versus

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*.

---

On Appeal from the United States District Court
for the Eastern District of California
The Honorable Garland E. Burrell, Jr.
District Court Case No. CR S-96-259-GEB-GGH

---

# JOINT *AMICI CURIAE* BRIEF OF the FREEDOM TO READ FOUNDATION and the SOCIETY OF AMERICAN ARCHIVISTS, in support of APPELLANT THEODORE JOHN KACZYNSKI and REVERSAL

---

COOLEY GODWARD LLP
MICHAEL TRAYNOR
LORI R.E. PLOEGER
CHRISTOPHER B. DURBIN
DEBORAH M. HUSSEY
One Maritime Plaza, 20th Floor
San Francisco, CA 94111
(415) 693-2000 (telephone)
(415) 951-3699 (facsimile)
*Attorneys for Amici Curiae*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA, INC.
MARGARET C. CROSBY
1663 Mission Street, Suite 460
San Francisco, CA 94103
(415) 621-2493 (telephone)
(415) 255-1487 (facsimile)
*Attorneys for Amici Curiae*

*Of Counsel*
ROBERT M. O'NEIL
UNIVERSITY OF VIRGINIA SCHOOL OF LAW
580 Massie Road
Charlottesville, VA 22903
(434) 295-4784 (telephone)
(434) 296-3621 (facsimile)

position on whether this objective is best attained by allowing an acquisition of the papers by the Labadie Collection, a disposition to the National Archives or similar public facility, or a sale to a library, museum, or private collector who would preserve them and make the papers publicly accessible.

## IV. ARGUMENT

### A. The Public Has a First Amendment Right To Receive the Information Conveyed Only by Kaczynski's Original Documents.

#### 1. Kaczynski's original writings have intrinsic historical and scholarly value that photocopies lack.

The government fails to recognize that there is important, if intangible and sometimes indescribable, information transmitted by an original document: "Every written record, be it a note in the files, be it the manuscript of a literary or scientific work, stabilises the content expressed in it. . . . Hand written manuscripts, whose different chronological phases can be apparent through the different colours of the ink, can be sufficient for this." Angelika Menne-Haritz & Nils Brübach, *The Intrinsic Value of*

---

books, papers, and maps, ER 72–79. *Amici* understand from discussions with counsel for Kaczynski that within the government's collection are Kaczynski's handwritten journals and letters, perhaps numbering in the hundreds of handwritten pages.

*Archive and Library Material*, *at* http://www.uni-marburg.de/archivschule/intrinsengl.html at 4 (Oct. 5, 2004).

Access to the unique information conveyed only by original documents is of particular concern to archivists and librarians such as *Amici*.[2] For example, the Council on Library and Information Resources created a task force to address urgent concerns regarding the value inherent in original research materials, finding that:

---

[2] *Amici* do not argue that in *every* instance a reproduction of an original document is unacceptable for scholarly purposes. Indeed, for original documents produced mechanically (*e.g.*, newspapers and other mass-produced materials) or business and agency records, an archivist or librarian may prefer microfilm for storage and space-preservation purposes. However, for personal, handwritten papers—particularly those with indicia of social or historical significance—there is no substitute for examining the originals themselves. For such documents, the qualities unique to an original manuscript serve as a benchmark for authenticity. For example, we know whether the content of a photograph or photocopy is complete or accurate only by comparing it with an original. These qualities also provide insight into the mind of the writer and the circumstances of his writing:

> The ordering of pages in files of loose sheets, the bindings, the pencil notes of one author in the book of another, which was in his library; all these features are clues which give testimony to those who can interpret them about physical context and causality. This testimony is non-verbal and depends solely on appearance. This makes it direct and authentic but also dependent on the understanding of the person looking at it.

**EXHIBIT A**

> The library preservation community has agreed on certain cardinal features of physical objects that warrant preservation in their original formats. These features are[:] age[;] evidential value[;] aesthetic value[;] scarcity[;] associational value[;] market value[;] exhibition value[.] Objective criteria or established practice determine many of these features, and the criteria vary little among libraries. They are, in short, best practice.

Council on Library and Information Resources, *The Evidence in Hand: Report of the Task Force on the Artifact in Library Collections* (Nov. 2001), *at* http://www.clir.org/pubs/reports/pub103/section2.html. Notably, "manuscripts . . . that exist only in few or single copies," such as Kaczynski's handwritten manuscripts, "are often crucially important for research and teaching; at the same time, there is little debate about their value as physical objects[,]" and "their value is not seriously contested in the libraries that have responsibility for them." *Id.* The U.S. National Archives & Records Administration points out that "[t]he archivist"—and not other parts of the government—"is responsible for determining which records have intrinsic value." National Archives & Records Administration, *Intrinsic Value in Archival Material*, Staff Information Paper, Staff Information Paper Number 21 (1982), *at*

---

Menne-Haritz & Brübach, *supra* at 8.

http://www.archives.gov/research_room/alic/reference_desk/archives_resources/archival_material_intrinsic_value.html.

The photocopied form alters the information carried in the original expression itself, not simply its channel of communication; expression through photocopies is neither identical to, nor interchangeable with, expression through originals: "An image conversion in analogue form, such as film or paper copy, cannot, however, reproduce certain kinds of evidence given by the [document's] external formal features." Menne-Haritz & Brübach, *supra*, at 6. "There seems to be something paradoxical about a reproduction of a genuine, unique artifact, whether it is a painting, a manuscript, or a funerary figure. The truth, the certainty, the authenticity seem to inhere in the original." J.H. Merryman, *The Public Interest in Cultural Property*, 77 CAL. L. REV. 339, 346 (Mar. 1989). Historical theorist Walter Benjamin has used the term "aura" to describe this quality of authenticity that inheres in an original work of art but does not pass into a reproduction. WALTER BENJAMIN, *The Work of Art in the Age of Mechanical Reproduction*, *in* ILLUMINATIONS: ESSAYS AND REFLECTIONS 223 (Hannah Arendt, ed., Harry Zohn, trans., 1968).

Researchers in different fields focus on a variety of aspects of an original manuscript, not only upon that content which can be captured in a photocopy. For example, a researcher might wish to study the original paper or ink used for chemical residues, color, texture, or three-dimensional aspects of handwriting. Indeed, the authenticity and evidentiary value of primary sources "permit scholars to reconstruct and understand the past, interpret the national character, and set the record straight about events and personalities often shrouded in mystery and steeped in controversy." National Library of Congress, *Collecting, Preserving and Researching History: A Peek into the Library of Congress Manuscript Division*, *at* http://lcweb2.loc.gov/ammem/mcchtml/special.html (Oct. 15, 2004).

Even accurate reproductions of personal, handwritten papers necessarily lack the information that cannot be captured in a photocopy, as well as the historical significance and provenance of the originals:

> The deductions made from context about the provenance of a text is such an obvious cultural skill in the employment of language, and so also of documents, that it does not have to be specially learnt or explained. The loss of the physical contexts, and therefore the aid they give in interpreting and understanding a text, as can happen when texts are digitalised, makes their importance particularly clear.

Menne-Haritz & Brübach, *supra* at 4. Walter Benjamin has described the historical aspects of an original that "determine the history to which it was subject throughout the time of its existence. This includes the changes which it may have suffered in physical condition over the years . . . ." BENJAMIN, *supra*, at 222. Similarly, the Modern Language Association of America, although it supports efforts to make reproductions of original documents in microfilm and electronic form, has emphasized the uniqueness of original documents: "All objects purporting to present the same text—whether finished manuscripts, first editions, later printings, or photocopies—are separate records with their own characteristics; they all carry different information, even if the words and punctuation are indeed identical, since each one reflects a different historical moment." Modern Language Association of America, *Statement on the Significance of Primary Records*, PROFESSION 95, at 27 (1995).

**2. The public has a First Amendment right to receive the unique information transmitted solely by Kaczynski's original documents.**

*Amici* and the public in general have a First Amendment right to receive the information transmitted only by Kaczynski's original documents. The freedom of expression guaranteed by the First