McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THEODORE JOHN KACZYNSKI,<br>Defendant. | No. CR S-96-0259 GEB |

U.S. ORDERED TRANSCRIPT OF ORAL ARGUMENT BEFORE THE NINTH CIRCUIT

Defendant, Theodore Kaczynski, objected to the sale of his writings on First Amendment grounds. He also claims that the First Amendment gives him the right to demand that the United States provide him with a full set of copies of his unredacted writings. The United States responded at the status hearing held on July 28, 2006, that the issues of whether Defendant's original writings could be sold and whether the United States had any obligation to provide Defendant with copies of his writings if the Ninth Circuit ordered the originals sold had been extensively argued before the Ninth Circuit and that, despite Kaczynski's and his *Amici's* arguments, the Ninth Circuit had ordered that the originals be sold and had not ordered that the United States make any copies of the writings for the Defendant.

To assist the Court, the United States has ordered a transcript of the oral argument before the Ninth Circuit on Defendant's appeal to the Rule 41 motion. The United States expects said

transcript to be completed by no later than August 7, 2006. As soon as the transcript is available, the United States will cause it to be filed with the Court.

Dated: July 31, 2006

Respectfully Submitted,

McGregor W. Scott
United States Attorney

By: Ana Maria Martel
ANA MARIA MARTEL
Assistant U.S. Attorney