JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE JOHN KACZYNSKI,<br><br>Defendant. | ) | No. CR-S 96-0259-GEB-GGH<br><br>DEFENDANT THEODORE JOHN KACZYNSKI'S RESPONSE TO GOVERNMENT'S AMENDED PLAN AND DESIGNATION OF TRANSCRIPT<br><br>Hon. Garland E. Burrell, Jr. |

On July 31, 2006, the government filed an amended plan for the sale of Kaczynski's property and a designation of transcript. Kaczynski files this brief response concerning the new aspects of the government's amended plan and designation of transcript.

In addition to the objections previously raised in Kaczynski's objections filed July 21, 2006 and at the hearing on July 28, 2006, Kaczynski seeks that the record be clear that he objects to the government's new proposed "credit" plan for his firearms. Mr. Kaczynski's position is that--if the firearms are not sold and the proceeds given to the victims--the firearms must be returned to him through a designated representative. The government's proposal to simply "credit" the restitution order for the value of the firearms is

inconsistent with the purpose of the restitution statutes (to provide money for victims of crimes) and the Ninth Circuit's opinion.

Second, the government's amended plan changes the title of Exhibit D from "Contraband" to "Bomb Making Materials," but apparently does not otherwise change the list of items in exhibit D. Kaczynski does not believe the items on the list are bomb-making materials; rather, most, if not all, of the items have legitimate, lawful purposes. Kaczynski continues to object to the forfeiture of these items without any showing that they constitute "per se contraband." The government has never even tried to show how the items on this list are unlawful to possess.

Finally, Kaczynski cannot see how the transcript of the oral argument will show that the "Ninth Circuit had ordered that the originals be sold and had not ordered that the United States make any copies of the writings for the Defendant." Designation of Transcript, at 1. It goes without saying that the Ninth Circuit's instructions and orders are in its written opinion--not in oral argument. There is no reason to delay disposition of this case for a transcript of oral argument. In any event, oral argument will not be of much help to the government in that the discussion concerned objections to a different government plan (the government retaining and storing Kaczynski's writings and crediting a nominal amount towards restitution) and the government had consistently stated that it did not oppose Kaczynski's request for a copy of his writings.

Dated: August 1, 2006 Respectfully submitted,

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
THEODORE JOHN KACZYNSKI