**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>THEODORE JOHN KACZYNSKI,<br>Defendant. | Case No. 96-CR-00259 GEB<br>**[PROPOSED] ORDER RE REDACTING ORIGINALS**<br>Date: June 14, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

In its August 10, 2006 order, the Court ordered that "the government shall provide Kaczynski, [through] his designated recipient, with any page [he] has not already received in readable form." Order, p. 14, n. 12. Current counsel for Kaczynski, Erin J. Radekin, who was recently appointed, has not yet determined whether a complete copy of the original writings in their original unaltered form is in prior counsel's or Kaczynski's possession. The government proposes to redact the original writings prior to sale, and the August 10, 2006 order permits redaction to the originals; however, once the writings are permanently altered it can no longer be determined whether Kaczynski has a complete copy of his writings in their original form.

At the request of defendant, and for good cause shown, the government is hereby ordered to

refrain from modifying the original writings until further order of the Court approving the specific redactions and permanent alteration of the original writings. Further, Kazcysnki and/or his attorney, on his behalf, may designate a representative to compare the original writings to copies of such writings to ensure that they are accurate copies of the writings in their original form and that Kazcynski has a complete set.

IT IS SO ORDERED.

Dated: June ___, 2010

HON. GARLAND E. BURRELL, JR.
United States District Judge