BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**THEODORE JOHN KACZYNSKI,**<br>**Defendant**. | **Case No.: Cr. 96-00259 GEB**<br><br>**UNITED STATES' STATUS REPORT** |

The Federal Bureau of Investigation has completed redaction of the Defendant's writings in accordance with this Court's orders and has caused six boxes of documents to be delivered to the auctioneer contracted by the Marshal to conduct the sale of Defendant's property. The Federal Bureau of Investigation is completing the preparation for sending the other personal items to the auctioneer. The FBI expects to ship the other personal items to the auctioneer the week of November 8, 2010.

Dated: November 3, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ana Maria Martel
ANA MARIA MARTEL
Assistant U.S. Attorney