[COPY TO FILE IN DISTRICT COURT]



U.S.A. v. KACZYNSKI

Dist. Court Case No. 2:96-cr-00259-GEB-GGH

9th Cir. Case No. 10-10495

FILED
MAY -9 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

U.S. MAIL CERTIFIED ARTICLE No.
7010 0780 0001 0653 1564

May 5, 2011

To UNITED STATES ATTORNEY, Eastern District of California:

Enclosed please find a copy of my urgent MOTION FOR RETENTION OF EVIDENCE. For reasons explained in the MOTION itself, at 2-3, I am sending the MOTION not only to the District Court. I am sending the same identical MOTION (except with a different title page) to the 9th Circuit as well. I'm sending you herewith copies of both title pages.

From the facts stated in the MOTION, at 3-4, you will probably agree that -- regardless of the legal merits of the MOTION -- it will be not only to my advantage, but also to the advantage of the U.S. Government, to retain much of the

evidence in my case at least until the matter raised by the Chicago FBI is resolved.

So I urge you to contact the Chicago office of the FBI immediately to ascertain the status of the FBI's investigation into the matter referenced in the MOTION, at page 3, lines 14-15, and then decide whether you want to retain the evidence in my case even if not compelled to do so by a court order.

Sincerely yours,

Theodore John Kaczynski

THEODORE JOHN KACZYNSKI

May 5, 2011